# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MERCY L. GREEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-04-2240 |
| | § | |
| MICHAEL ASTRUE, Commissioner | § | |
| of the Social Security Administration. | § | |
| | § | |
| Defendant | § | |

## ORDER

The plaintiff has filed a motion for attorney's fees, (Docket Entry No. 10). The motion is referred to United States Magistrate Judge Mary Milloy for report and recommendation to this court.

SIGNED on August 15, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge